ROBERT L. STEVENS, RESPONDENT, v. OSCHWALD REALTY CORPORATION, A BODY CORPORATE, APPELLANT.

Submitted May 26, 1933—Decided September 27, 1933.

For the appellant, *Theodore D. Parsons.*

For the respondent, *William J. O'Hagan.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the opinion of the Supreme Court, *ubi supra.*

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, HEHER, PERSKIE, KAYS, DEAR, WELLS, DILL, JJ. 10.

*For reversal*—CASE, VAN BUSKIRK, HETFIELD, JJ. 3.